AO 442 (Rev. 11/11) Arrest Warrant    AUSA Frank E. Dahl III, 101 NW ML King, Jr. Blvd., Suite 250, Evansville, IN

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America
v.

RICHARD ADAMS (02)

*Defendant*

Case No. 3:18-cr-48-RLY/MPB-02

FILED
*7 2018
OFFICE
INDIANA

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RICHARD ADAMS (02)                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count One: Conspiracy to distribute methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1) (A) and 846

Date: 8/29/18

*Issuing officer's signature*

City and state:   Evansville, Indiana       Laura A. Briggs, Clerk, U.S. District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  8/30/18  , and the person was arrested on *(date)*  9/7/18
at *(city and state)*  Evansville, IN

Date:  9/7/18

*Arresting officer's signature*

Jon Albright  DUSM
*Printed name and title*